Kathryn Tassinari
Robert Baron
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD ALAN ROSE, | ) |
| | ) Case No. 6:11-cv-06246-CL |
| Plaintiff, | ) |
| | ) ORDER APPROVING PLAINTIFF'S |
| vs. | ) MOTION FOR ATTORNEY FEES |
| | ) PURSUANT TO 42 U.S.C. §406(b) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $8,164.61 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 31st day of October 2013.

_____
U.S. Magistrate Judge

PRESENTED BY:
s/ Kathryn Tassinari
Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1